IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFFREY GREEN,**

    **Petitioner,**

v.                                               Case No. 4:24-cv-125-AW-MAF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER CLOSING FILE

Jeffrey Green filed a "Notice of Appeal," which was docketed as a habeas petition. ECF No. 1. Green has now moved for the court to allow him "to withdraw his request to submit his habeas corpus petition." ECF No. 7. The magistrate judge has construed this as a notice of voluntary dismissal and recommended that the court accept the notice and recognize the case as dismissed. ECF No. 8. Green has filed no objection to the report and recommendation.

Having considered the matter, I now adopt the report and recommendation and treat the motion (ECF No. 7) as a notice of voluntary dismissal. The case is now dismissed, and the clerk will close the file.

SO ORDERED on June 4, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge